**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* STF, LLC,

*Plaintiffs*,

v.

TRUE HEALTH DIAGNOSTICS, LLC, *et al.*,

*Defendants*.

Civil Action No. 4:16-CV-547

# ORDER

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff United States of America's Notice of Dismissal as to Defendant Heriberto Salinas, and upon consideration of the Notice, and the papers on file in this action,

**IT IS HEREBY ORDERED** that consistent with the terms of Settlement Agreement executed by the United States and Defendant Heriberto Salinas, effective May 8, 2023, all claims asserted by the United States against Defendant Heriberto Salinas as to the Covered Conduct, as that term is defined in the Settlement Agreement, are dismissed with prejudice. Any other claims against Defendant Heriberto Salinas are dismissed without prejudice to the United States.

The Clerk is directed to terminate Defendant Heriberto Salinas as a party to this case.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of May, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE