# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STF, LLC,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>TRUE HEALTH DIAGNOSTICS, LLC, *et al.*,<br><br>    *Defendants*. | Civil Action No. 4:16-CV-547 |

## ORDER ON DEFENDANT SUSAN HERTZBERG'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY

Before the Court is Defendant Susan Hertzberg's Unopposed Motion to Withdraw Attorney (Dkt. #206). Prior to granting the motion, the Court hereby directs counsel to file a Notice informing the Court of Defendant Susan Hertzberg's contact information.

**IT IS SO ORDERED.**

SIGNED this 1st day of October, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE