**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* STF, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE HEALTH DIAGNOSTICS, LLC, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:16-CV-547 |

**ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff United States of America's Notice of Dismissal as to Defendant Elizabeth Seymour (Dkt. #258), and upon consideration of the Notice, and the papers on file in this action,

**IT IS HEREBY ORDERED** that consistent with the terms of Settlement Agreement executed by the United States and Defendant Elizabeth Seymour, effective April 8, 2025, all claims asserted by the United States against Defendant Elizabeth Seymour as to the Covered Conduct, as that term is defined in the Settlement Agreement, are dismissed with prejudice. Any other claims against Defendant Elizabeth Seymour are dismissed without prejudice to the United States.

**IT IS SO ORDERED.**

**SIGNED this 5th day of June, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE