**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STF, LLC, *Plaintiffs*, v. TRUE HEALTH DIAGNOSTICS, LLC, *et al.*, *Defendants*. | Civil Action No. 4:16-CV-547 |

**ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Joint Stipulation of Dismissal as to Defendant Hong Davis, and upon consideration of the Joint Stipulation (Dk. #261), and the papers on file in this action,

**IT IS HEREBY ORDERED** that consistent with the terms of Settlement Agreement executed by the United States and Defendant Hong Davis, effective April 1, 2025, all claims asserted by the United States against Defendant Hong Davis as to the Covered Conduct, as that term is defined in the Settlement Agreement, are dismissed with prejudice. Any other claims against Defendant Hong Davis are dismissed without prejudice to the United States.

**IT IS SO ORDERED.**

**SIGNED this 5th day of June, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE