# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STF, LLC,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>TRUE HEALTH DIAGNOSTICS, LLC, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 4:16-CV-547 |

## NOTICE OF DISMISSAL AS TO DEFENDANT LAURA HOWARD

Plaintiff United States of America (the "United States") files this notice of dismissal as to Defendant Laura Howard in accordance with the terms set forth below.

1.　On January 31, 2022, the United States filed its complaint against Defendant Laura Howard and others. ECF No. 57.  On May 25, 2022, the United States filed an amended complaint against Defendant Laura Howard and others. ECF No. 98.

2.　Effective August 20, 2025, the United States and Defendant Laura Howard entered into a settlement agreement (Settlement Agreement) that compromises certain claims and causes of action in the United States' Amended Complaint.

3.　Pursuant to Federal Rule of Civil Procedure 41(a)(1), the United States hereby notices its dismissal of its claims in this case against Defendant Laura Howard only. The dismissal shall be with prejudice as to the United States' claims in this case against Laura Howard as to the Covered Conduct, as that term is defined in the Settlement Agreement. The dismissal shall be without prejudice to the United States as to any other claims in this case against Laura Howard.

4.　A notice of dismissal pursuant to Rule 41(a)(1) is appropriate because Defendant Laura Howard has not served an answer in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JAY R. COMBS
Acting United States Attorney
Eastern District of Texas

*/s/ Betty Young*
JAMES GILLINGHAM, Texas Bar # 24065295
BETTY YOUNG, Texas Bar #24102498
Assistant U.S. Attorneys
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
E-mail: Betty.Young@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)

JAMIE ANN YAVELBERG
SARA MCLEAN
CHRISTOPHER TERRANOVA
GAVIN M. THOLE
Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
(202) 616-4203
(202) 514-0280 (fax)
**ATTORNEYS FOR THE
UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I caused a true and correct copy of the foregoing document to be transmitted through the Court's electronic mailing service (CM/ECF) to all counsel of record who have consented to electronic service by the Court's electronic mailing service (CM/ECF).

*/s/ Betty Young*
BETTY S. YOUNG