**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* STF, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUE HEALTH DIAGNOSTICS, LLC, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:16-CV-547 |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 370(b)(1), Plaintiff United States of America and Defendants Ginny Jacobs, Scott Jacobs, S&G Staffing, LLC, and Jacobs Marketing, Inc. (collectively the "Jacobs Parties") filed a Joint Stipulation of Dismissal as to the Jacobs Parties. Upon consideration of the Joint Stipulation and the papers on file in this action,

**IT IS HEREBY ORDERED** that

1. Consistent with the terms of October 9, 2025 Settlement Agreement executed by the United States and the Jacobs Parties, all claims asserted by the United States against Defendants Ginny Jacobs, Scott Jacobs, S&G Staffing, LLC, and Jacobs Marketing, Inc. as to the Covered Conduct, as that term is defined in Recital Paragraph E of the Settlement Agreement, are dismissed with prejudice.

2. Any other claims against Defendants Ginny Jacobs, Scott Jacobs, S&G Staffing, LLC, and Jacobs Marketing, Inc. are dismissed without prejudice to the United States.

**IT IS SO ORDERED.**

**SIGNED this 20th day of October, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE